# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHAVON AGUILAR,
                    Appellant,
          vs.
HERIBERTO AGUILAR,
                    Respondent.

No. 71157

**FILED**

SEP 2 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a divorce decree. Eighth Judicial District Court, Family Court Division, Clark County; Sandra L. Pomrenze, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed more than thirty days after service of written notice of entry of the judgment or order. *See* NRAP 4(a)(1); NRAP 26(c).

Appellant states in her August 25, 2016, notice of appeal that she is appealing a "final judgment" from an order entered August 17, 2016. However, according to the district court docket entries, no order appears to have been entered in August of 2016. The Decree of Divorce was entered June 6, 2016, with written notice of entry served on appellant

16-29333

by mail on June 13, 2016. Accordingly, we conclude the notice of appeal was untimely filed, and we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____ C. J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:    Hon. Sandra L. Pomrenze, District Judge, Family Court Division
       Shavon Aguilar
       Heriberto Aguilar
       Eighth District Court Clerk